| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 00-00264HG-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR-07-199-VBF |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: RICARDO SALVADOR ESQUEDA, aka "Dino" | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/5/2006 — TO 12/4/2011 |

OFFENSE

POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF 50 GRAMS OF METHAMPHETAMINE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-9-07
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California

CLERK, U.S. DISTRICT COURT
FILED
MAR 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/16/07
Effective Date

_[signature]_ Acting Chief Judge
United States District Judge

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2007

at __10__ o'clock and __45__ min. __A__ M
SUE BEITIA, CLERK