

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

April 16, 2007

Clerk, United District Court
District of Hawaii at Honolulu

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 0 2007

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

Re:    Transfer of Jurisdiction of Probation

Your Case No. _____ CR 00-00264HG-01 _____

Assigned Our Case No. _____ CR 07-199 VBF _____

Case Title: _____ United States v Ricardo Salvador Esqueda _____

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _____ Audrey B. Collins _____ .

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By _____ E. Synagogue _____
   Deputy Clerk

Mailed to: USDC
800 Market Street, Suite 140
Knoxville, TN 37902

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 2 0 2007

DISTRICT OF HAWAII

'TTAL LETTER - PROBATION TRANSFER-IN

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 00-00264HG-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR-07-199-VBF |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: RICARDO SALVADOR ESQUEDA, aka "Dino" | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/5/2006    TO 12/4/2011 |

OFFENSE

POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF 50 GRAMS OF METHAMPHETAMINE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-9-07
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/16/07
Effective Date

A. Collins, Acting Chief Judge
United States District Judge

RECEIVED
CLERK, U.S. DISTRICT COURT
 2 0 2007
DISTRICT OF HAWAII

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00199-VBF-ALL
### Internal Use Only

Case title: USA v. Esqueda

Date Filed: 03/16/2007

Assigned to: Judge Valerie Baker Fairbank

**Defendant**

**Ricardo Salvador Esqueda** (1)
*also known as*
Dino (1)

| **Pending Counts** | **Disposition** |
|---|---|
| PROBATION/SUPERVISED RELEASE FROM USDC DISTRICT OF HAWAII (1) | PROBATION TRANSFER FROM DISTRICT OF HAWAII |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA      represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*

RECEIVED
CLERK, U.S. DISTRICT COURT
2 0 2007
DISTRICT OF HAWAII

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2007 | 1 | ORDER TRANSFERRING JURISDICTION filed by Judge Helen Gillmor as to Probationer Ricardo Salvador Esqueda. Case transferred in from the District of Hawaii Approved by Judge Audrey B. Collins. (es, ) Modified on 4/16/2007 (es, ). Additional attachment(s) added on 4/16/2007 (es, ). (Entered: 04/16/2007) |
| 04/12/2007 |  | ****Judge Valerie Baker Fairbank added Judge Unassigned no longer assigned to case as to Defendant Ricardo Salvador Esqueda. (es, ) (Entered: 04/16/2007) |
| 04/12/2007 | 2 | NOTICE OF JURISDICTION/TREATY TRANSFER-IN: The Court has approved the probation transfer-in as to Probationer Ricardo Salvador Esqueda. This matter has been randomly assigned to Judge Valerie Baker Fairbank for all further proceedings. (es, ) (Entered: 04/16/2007) |